# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:21-cr-00119 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| BRYAN MEJIA CARCAMO | ) | |

## ORDER

Pending before the Court is the Government's Motion to Dismiss Without Prejudice as to Defendant Carcamo. (Doc. No. 81). The Motion is **GRANTED**, and the indictment against Defendant Bryan Mejia Carcamo is **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE